

Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102

TEL 215 851 8400
FAX 215 851 8383
www.eckertseamans.com

*Dennis P. Ziemba*
*Direct Dial: (215) 851-8538*
dziemba@eckertseamans.com

May 3, 2011

<u>*Via ECF Filing*</u>

The Honorable Stanley R. Chesler
Frank R. Lautenberg U.S. Post Office & U.S. Courthouse
Federal Square
P.O. Box 999
Newark, NJ 07101

    RE:   Sholanda McCall v. Toyota Motor Corporation, et al.
            *United States District Court – District of New Jersey – Civil Action*
            *Docket No.: 11-cv-02438*
            Our File No.: 292107-00143

Dear Judge Chesler:

    Please be advised that our office represents defendants, Toyota Motor Sales, U.S.A., Inc. ("TMS"), Toyota Motor Engineering & Manufacturing North America, Inc. ("TEMA"), Toyota Motor North America, Inc. ("TMA") and Toyota Motor Credit Corporation ("TMCC"), in the above referenced matter. Please accept this correspondence as a request, pursuant to L.Civ.R. 6.1, for a 14-day extension of time for defendants to respond to plaintiff's Complaint.

    On March 29, 2011, plaintiff served defendants, TMS, TMA and TMCC, with a copy of the Complaint. On April 1, 2011, plaintiff served defendant, TEMA, with a copy of the Complaint. Defendants subsequently removed this matter to this Court on April 28, 2011. Defendants have not obtained any prior extensions to respond to the pleadings in this matter.

    As Your Honor may be aware, Toyota has sought inclusion of this action in *In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 2151, which is currently pending in the Central District of California. The Judicial Panel on Multidistrict Litigation's (JPML's) ruling will, in all likelihood, result in the transfer of this action. Defendants seek this extension to permit the parties to reach an appropriate agreement concerning the inclusion of this matter in the MDL, and application of the MDL deadlines.

    In light of the above, defendants respectfully request that this Court provide defendants 14 days within which to file a response to plaintiff's Complaint.

**ECKERT SEAMANS**

The Honorable Stanley R. Chesler
May 3, 2011
Page 2

    Thank you once again for Your Honor's consideration of this matter. Please contact me with any questions.

                                      Respectfully submitted,

                                      DENNIS P. ZIEMBA

DPZ/mz
cc:    Robin Willner, Esquire

So Ordered this 5th day of May, 2011

/s/ M.A. Shipp

PHILADELPHIA, PA   PITTSBURGH, PA   HARRISBURG, PA   BOSTON, MA   WASHINGTON, DC   WILMINGTON, DE
MORGANTOWN, WV   SOUTHPOINTE, PA   WHITE PLAINS, NY